**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**IN RE**

**JENNIFER BETH MILLS** **CASE NO. 05-60463**
**aka Jennifer Beth Reed**

**DEBTOR(S)**

**ORDER**

Upon consideration of the Motion to Redact/Restrict Public Access [ECF No. 12] filed by RBS Citizens,

It is ORDERED that the Clerk restrict public access to claim number 1-1.

It is further ORDERED that movant shall file a replacement claim or document within 14 days from the entry of this Order that contains the necessary redactions pursuant to FED. R. BANKR. P. 9037. Failure to timely file a replacement document may lead to sanctions.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Gregory R. Schaaf***
**Bankruptcy Judge**
**Dated: Tuesday, March 21, 2017**
**(grs)**